# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NEHRAL A. MALIWAT<br><br>       Plaintiff,<br> v.<br><br>BRUCE SCOTT; DREW BOSTOCK; KRISTI NOEM; PAMELA BONDI; TEAL LUTHY MILLER<br><br>       Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 2:25-cv-00788-TMC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

1) Respondents' motion to dismiss, Dkt. 23, is DENIED;

2) Maliwat's petition for a writ of habeas corpus, Dkt. 1, is GRANTED IN PART;

3) Within 14 days of the date of this order, Respondents shall provide Mr. Maliwat an individualized bond hearing that complies with the requirements of *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011).

Dated August 7, 2025.

<u>Ravi Subramanian</u>
Clerk of Court

<u>/s/Michael Williams</u>
Deputy Clerk